In The
*Court of Appeals*
*Ninth District of Texas at Beaumont*
NO. 09-24-00377-CV

**NICHOLE RUTHERFORD, CHRISTOPHER RUTHERFORD,
AND KIMBERLY HARRINGTON, Appellants**

**V.**

**COURTNEY PHELPS AND WORTH CLARK, INC. D/B/A
WORTH CLARK REALTY, Appellees**

**On Appeal from the 457th District Court
Montgomery County, Texas
Trial Cause No. 24-10-16828-CV**

## MEMORANDUM OPINION

Appellants Nichole Rutherford, Christopher Rutherford, and Kimberly Harrington, joined by Appellees Courtney Phelps and Worth Clark, Inc. d/b/a Worth Clark Realty filed a joint motion to dismiss this appeal. *See* Tex. R. App. P. 42.1(a)(1). The parties filed the motion before the appellate court issued a decision in the appeal. We grant the motion and dismiss the appeal. *See id.*

1

APPEAL DISMISSED.

PER CURIAM

Submitted on November 5, 2025
Opinion Delivered November 6, 2025

Before Golemon, C.J., Wright and Chambers, JJ.